IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS ANTHONY MAYO | ) |
| | ) |
| v. | ) NO. 3-10-0997 |
| | ) JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss Second Amended Complaint (Docket No. 25). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. The bench trial set for July 10, 2012, and the pretrial conference set for July 2, 2012, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE